### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| Mauricio Ernesto Baires, | Civ. No. 26-647 (JWB/DTS) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| Todd Lyons, et al., | |
| Defendant. | |

The plaintiff and Todd Lyons, et al. have filed a Stipulation of Dismissal (Doc. No. 5). Based on that Stipulation, Todd Lyons, et al. are **DISMISSED WITHOUT PREJUDICE** and judgment will be entered. Each party to bear their own costs, disbursements, and attorneys' fees.

**LET JUDGEMENT BE ENTERED ACCORDINGLY.**


Dated: January 29, 2026         *s/ Jerry W. Blackwell*
                                JERRY W. BLACKWELL
                                United States District Court Judge