# UNITED STATES DISTRICT COURT
## District of Minnesota

Mauricio Ernesto Baires

Petitioner,

v.

Todd M. Lyons, Kristi Noem, Pamela Bondi,
Executive Office for Immigration Review,
David Easterwood

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: **0:26-cv-00647-JWD/DTS**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Petitioner and Todd Lyons, et al. have filed a Stipulation of Dismissal (Doc. No. 5). Based on that Stipulation, Todd Lyons, et al. are DISMISSED WITHOUT PREJUDICE and judgment will be entered. Each party to bear their own costs, disbursements, and attorneys' fee.

Date: 1/29/2026

KATE M. FOGARTY, CLERK