# UNITED STATES DISTRICT COURT
## District of Minnesota

Mauricio Ernesto Baires,

Petitioner,

v.

Todd Lyons, Kristi Noem, Pamela Bondi,
Executive Office for Immigration Review,
David Easterwood,

Respondents.

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-647 (JWB/DTS)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The plaintiff and Todd Lyons, et al. have filed a Stipulation of Dismissal (Doc. No. 5). Based on that Stipulation, Todd Lyons, et al. are **DISMISSED WITHOUT PREJUDICE** and judgment will be entered. Each party to bear their own costs, disbursements, and attorneys’ fees.

Date: 1/30/2026

KATE M. FOGARTY, CLERK